**LAZARO SALAZAR # 234183**
**Law Offices of Lazaro Salazar**
2140 Merced Street, Suite 103
FRESNO, CALIFORNIA 93721
Telephone (559) 498-0828
Facsimile (559) 498-0822
lazaro@lazarosalazarlaw.com

Attorneys for Defendant, LOS AMIGOS AUTHENTIC MEXICAN FOOD CORP.

**UNITED STATES DISTRICT COURT**
**EASTERN DIVISION**

| | |
|---|---|
| RONALD MOORE, ) | |
| ) | |
| Plaintiff ) | Case No: 1:10-CV-02214-OWW-SMS |
| ) | |
| v. ) | **STIPULATION AND ORDER TO** |
| ) | **EXTEND TIME TO RESPOND TO** |
| LOS AMIGOS AUTHENTIC MEXICAN ) | **INITIAL COMPLAINT.** |
| FOOD CORP.; ) | |
| CHRISTINE LOUISE DELAP COX ) | |
| TRUSTEE OF THE CHRISTINE COX ) | |
| LIVING TRUST, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

WHEREAS, plaintiff Ronald Moore ("Plaintiff") and Los Amigos Authentic

Mexican food Corp. ("Defendant) have stipulated to extend Defendants time to respond to

Plaintiff's Complaint from January 25, 2011 up to and including Friday February 18, 2011.


Dated January 26, 2011
                                         By:  /s/ Tanya E. Moore
                                                 Tanya E. Moore, Attorneys'
                                                   for Plaintiff

STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER TO COMPLAINT

Dated January 26, 2011            By:   /s/ Lazaro Salazar
                                                       Lazaro Salazar, Attorney
                                                       for Defendant

GOOD CAUSE APPEARING, THEREFORE, the time for defendant, LOS AMIGOS AUTHENTIC MEXICAN FOOD CORP., to file an answer to the complaint filed on November 29, 2010, is hereby extended up to and including February 18, 2011.

IT IS SO ORDERED.

Dated:   **January 27, 2011**            **/s/ Oliver W. Wanger**
                                                                      UNITED STATES DISTRICT JUDGE