Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>            Plaintiff,<br><br>    vs.<br><br>LOS AMIGOS AUTHENTIC MEXICAN FOOD CORP., et al.,<br><br>            Defendants. | No. 1:10-CV-02214-OWW-SMS<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant Los Amigos Authentic Mexican Food Corp., the parties who have appeared in this action, by and through their respective counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: May 2, 2011                                                       MOORE LAW FIRM, P.C.



                                                                        /s/Tanya E. Moore
                                                                        Tanya E. Moore
                                                                        Attorneys for Plaintiff Ronald Moore

/

/

*Moore v. Los Amigos Authentic Mexican Food Corp., et al.*
Stipulation for Dismissal; Order

Page 1

Date: May 2, 2011                                    LAW OFFICES OF LAZARA SALAZAR

                                                         /s/ Lazaro Salazar
                                                         Lazaro Salazar, Attorney for
                                                         Defendant Los Amigos Authentic
                                                         Mexican Food Corp.

## **ORDER**

    The parties who have appeared in this action having so stipulated,

    IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

    Dated:  **May 2, 2011**                               **/s/ Oliver W. Wanger**
                                                                 UNITED STATES DISTRICT JUDGE